UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

AMERIND RISK MANAGEMENT
CORPORATION, a federally chartered
Section 17 Tribal Corporation,

    Plaintiff,

v.                                     No. 16 CV 1093 JAP/KK

BLACKFEET HOUSING,

    Defendant.

### ORDER OF DECLARATORY JUDGMENT & PERMANENT INJUNCTION

In accordance with the MEMORANDUM OPINION AND ORDER entered herewith, summary judgment is granted in favor of Plaintiff Amerind Risk Management Corporation. It is declared that Plaintiff possesses sovereign immunity from suit on Defendant's claims in the Blackfeet Tribal Courts and has not waived that immunity. Accordingly, the Blackfeet Tribal Courts lack jurisdiction over Defendant's claims against Plaintiff. Defendant is enjoined from further litigating these claims in the Blackfeet Tribal Courts.

_____
SENIOR UNITED STATES DISTRICT JUDGE