## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

AMERIND RISK MANAGEMENT
CORPORATION, a Section 17
Federally Chartered Corporation,

               Plaintiff,

    vs.

BLACKFEET HOUSING

               Defendant.

Case No.  1:16-cv-1093-JAP/KK

**NOTICE OF APPEAL**

       Defendant, Blackfeet Housisng, by its attorneys and in accordance with 28 U.S.C. § 2107, rules 3-4 of the Federal Rules of Appellate Procedure, and other applicable law, hereby gives notice of appeal to the United States Court of Appeals for the Tenth Circuit from this Court's Memorandum Opinion and Order Granting Plaintiff's Motion for Summary Judgment, Denies Defendant's Cross Motion for Summary Judgment entered on October 17, 2017 and the Order Denying Motion to Amend Judgment (Doc. 52) entered by the court on December 19, 2017.  The Memorandum Opinion and Order (Doc. 42), Order of Declaratory Judgment & Permanent Injunction (Doc. 43), and Order Denying Motion to Amend Judgment are incorporated herein by reference and complete and accurate copies thereof are attached hereto as exhibits A,B, and C respectively.

1

RESPECTFULLY SUBMITTED this _____ day of January 2018.

/s/ Terryl T. Matt

**MATT LAW OFFICE, PLLC**
**Terryl T. Matt, Esq.**
**Joseph F. Sherwood, Esq.**
310 East Main Street
Cut Bank, MT  59427
Telephone:  (406) 873-4833
Fax No.:     (406) 873-4944
terrylm@mattlawoffice.com
joes@mattlawoffice.com

Paul Frye
William Gregory Kelly
Frye Law Firm, P.C.
10400 Academy N.E., Suite 310
Albuquerque, NM  87111
Telephone: (505) 296-9400
Facsimile: (505) 296-9401
pef@fryelaw.us
wgk@fryelaw.us

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January ____, 2018, I filed the foregoing NOTICE OF APPEAL electronically with the Clerk's Office using the CM/CF System, which caused all parties or counsel to be served by electronic means.

/s/Terryl T. Matt