# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



Matthew J. Dykman
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

January 29, 2018

Elisabeth Shumaker, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron R. White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re: *(AMERIND Risk Management v. Blackfeet Housing (USDC Case# 16cv1093-JAP-KK and USCA Case# 18-2009)*

Dear Ms. Shumaker,

Please be advised that the record on appeal in the above referenced matter is now complete.

( **X** )   A transcript order form has been filed by the appellant stating that a transcript is not necessary for this appeal.

(   )   A transcript order form has been filed by appellant stating that the necessary transcript is already on file in the United States District Court.

(   )   The transcripts which were ordered are now on file with the United States District Court.

Sincerely,

Matthew J. Dykman
Clerk of Court

cc: Counsel of Record